IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ASJES, | No. C 12-00972 EJD (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| MEDICAL CMO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, initiated the instant civil rights action by filing a letter complaining generally of the CDC's failure to properly treat his liver disease. Plaintiff later filed a complaint against prison medical personnel at North Kern State Prison and Wasco State Prison alleging inadequate medical treatment. (Docket No. 4.) Because the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a).

The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

DATED: 6/26/2012

EDWARD J. DAVILA
United States District Judge

Order of Transfer
00972Asjes_transfer.wpd                              1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ASJES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL CMO, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case Number: CV12-00972 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  6/26/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allen Asjes D-76255
Wasco State Prison-Reception Center (WSP)
Facility B 701 Scofield Ave.
 P.O. Box 5500
Wasco, CA 93280

Dated:  6/26/2012

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk